## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Clifford Mahaley, employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. Your affiant is an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510 (7). Your affiant is therefore, an officer of the United States who is empowered by law to conduct investigations and to make arrest for the offenses enumerated in Title 18, United States Code, Section 2516. Your affiant is currently assigned to ATF San Juan conducting investigations of federal firearms violations and other federal violations. Your affiant was also previously employed by the City of Charlotte, North Carolina as a Police Officer for several years.

2. Your affiant has conducted investigations into the unlawful possession of firearms. Through training, investigations, and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms. Your affiant is familiar and has participated in various methods of investigations, including, but not limited to: electronic surveillance, physical surveillance, interviewing and general questioning of witnesses, use of confidential informants, use of cooperating witnesses, and use of toll records and subscribers information.

3. Your affiant has conducted and participated in numerous investigations to include: crime scene investigations, collection of evidence, interviews, and the execution of search warrants.

4. The details and information stated herein are based on my training, experience, and personal knowledge and compilation of facts and events investigated by me and other Law Enforcement Officers who investigated and confirmed their veracity or oversaw their development. I have drafted this affidavit for the limited purpose of establishing probable cause that Marcos **RIVERA-FERNANDEZ** violated Title 18, United States Code, Section 922(g)(1) (possession of a firearm by prohibited person), Section 922(o) (possession of a unlicensed machine gun), Section 924(c) (possession of firearms in furtherance of drug trafficking) and Title 21, U.S.C. 841(a)(1)(C) (possession of controlled substances with the intent to distribute). Therefore, I have not included all of the facts of this investigation.

## FACTS SUPPORTING PROBABLE CAUSE

5. On September 22, 2025, at approximately 9:00 a.m., agents with the Puerto Rico Police Department (PRPD) assigned to the Bayamón Criminal Intelligence Unit executed a judicially authorized search warrant at the residence of **Marcos RIVERA-FERNANDEZ**, located in Campanilla Ward, Sector Villa Quintero, Margarita Street, Toa Baja, Puerto Rico 00951.

6. According to PRPD agents, officers knocked and announced their presence prior to making entry. A protective sweep of the residence was conducted, and the sole occupant was secured. **RIVERA-FERNANDEZ**, was detained inside the residence.

7. During the search of the residence, PRPD agents recovered the following items:

   - One (1) Glock, Model 27, .40 S&W pistol, serial number HYW412, loaded with one round in the chamber and fifteen (15) rounds in the magazine, located in the kitchen area;
   - Five (5) loaded Glock .40 S&W magazines found inside black fanny pack, also located in the kitchen;
   - One (1) black Supreme fanny pack;
   - One (1) CAI DRACO pistol, 7.62x39mm, serial number DC-2630-10, loaded with one round in the chamber and thirty (30) rounds in the magazine, located in a spare bedroom;

2

- One (1) additional 7.62x39mm magazine loaded with thirty-seven (37) rounds, found inside a black duffle bag in the same bedroom;

- One (1) black duffle bag containing suspected narcotics, drug paraphernalia, and a suspected drug point shift schedule;

- Approximately sixty-nine (69) baggies of suspected cocaine inside a Ziplock-style bag with rice, located within the duffle bag;

- One (1) clear plastic container with a green lid containing suspected crack cocaine, located within the duffle bag;

- One (1) baggie containing an unknown white powdery substance, also located within the duffle bag;

- One (1) bag of white powder suspected to be lactose, commonly used as a cutting agent;

- Approximately sixty-eight (68) rounds of 7.62x39mm ammunition in total;

- Approximately seventy-three (73) rounds of .40 S&W ammunition in total;

- One (1) cellular phone, recovered from the top of **RIVERA-FERNANDEZ's** bed.

8. **RIVERA-FERNANDEZ** also gave written consent to search his vehicle, a white Ford Ranger pickup truck bearing Puerto Rico license plate number: 825060, parked in front of the residence. A search of the vehicle yielded:

- Approximately thirty (30) vials of suspected crack cocaine contained within a brown paper bag in the center console; and

- Five (5) plastic baggies of suspected cocaine concealed inside a Dentyne Ice gum container, also recovered from the center console.



9. Upon completion of the search, **RIVERA-FERNANDEZ** was placed under arrest and transported to PRPD Headquarters in Bayamón, along with the seized evidence.

10. Field tests conducted by PRPD on the suspected narcotics seized from both the residence and the vehicle yielded positive results for the presence of cocaine.

11. A criminal history check revealed that **RIVERA-FERNANDEZ** has a prior felony conviction from 2003 for a narcotics-related offense punishable by more than one year of imprisonment.

12. On or about September 22, 2025, agents with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) responded to PRPD Headquarters in Bayamón. ATF Agents conducted a preliminary function test on the recovered firearms. The results confirmed that the Glock 27 could be capable of discharging more than one round with a single function of the trigger.

13. That same day, ATF agents conducted a custodial interview with **RIVERA-FERNANDEZ** at PRPD Headquarters. He was advised of his Miranda rights in the Spanish language, which he acknowledged and waived, agreeing to speak with Agents.

14. During the interview, **RIVERA-FERNANDEZ** admitted ownership of the firearms, ammunition, narcotics, and other evidence recovered from his residence and vehicle. He confirmed he was convicted in 2003 and served over one year in prison for a felony narcotics offense.

15. **RIVERA-FERNANDEZ** admitted the cocaine seized was meant for distribution (sale).

16. **RIVERA-FERNANDEZ** further stated he had fired the Glock 27 in full-automatic mode but did not enjoy it. He claimed to have acquired the Glock 27 approximately 14 years ago in a trade for a motorcycle. He stated that the Glock was automatic when he obtained it. He also admitted owning the DRACO firearm for approximately 14 years. He corroborated and accurately described the location of the seized items within his residence as well as in his vehicle.

17. Based on training and experience, I know that neither commercially manufactured firearms nor ammunition are produced within the Commonwealth of Puerto Rico. Therefore, the Glock 27, the DRACO pistol, and associated ammunition traveled in interstate or foreign commerce prior to being possessed by **RIVERA-FERNANDEZ**.

## CONCLUSION

18. Based on the above facts, I respectfully submit there is probable cause to believe that Marcos **RIVERA-FERNANDEZ** violated Title 18, United States Code, Section 922(g)(1) (possession of a firearm by prohibited person), Section 922(o) (possession of a unlicensed machine gun), Section 924(c) (possession of firearms in furtherance of drug trafficking) and Title 21, U.S.C. Section 841(a)(1)(C) (possession of controlled substances with the intent to distribute).

I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

Clifford Mahaley
Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn before me pursuant to FRCP 4.1 at 12:08 p.m. by telephone, this 23rd day of September, 2025.

Digitally signed by Hon. Giselle López-Soler

Giselle López-Soler
United States Magistrate Judge
United States District Court
District of Puerto Rico